UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEO V. OLADIMU, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 21-10149-IT |
| | * | |
| SOCIAL SECURITY ADMINISTRATION, | * | |
| | * | |
| Respondent. | * | |
| | * | |

ORDER

March 24, 2021

TALWANI, D.J.

For the reasons stated below, this action is dismissed without prejudice.

On January 26, 2021, *pro se* Petitioner Leo V. Oladimu filed a Petition for Writ of Mandamus [#1] without paying the $402 filing and administrative fees or moving to proceed without prepayment of the fees. On February 19, 2021, the court entered an Order [#4] directing Petitioner to pay the fees or file a motion for leave to proceed *in forma pauperis*. The court stated therein that failure to comply with the order within twenty-one days could result in dismissal of the action. The clerk mailed a copy of the Order to Petitioner.

Petitioner has not responded to the Order, and the time for doing so has expired. Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge